OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, and the case remitted to that court for further proceedings in accordance with this memorandum.
 

 Because defendant failed to timely move to withdraw his guilty plea pursuant to CPL 220.60 (3), his claim that his guilty plea should be vacated has not been preserved as a question of law for review. The Appellate Division erroneously concluded that a question of law was preserved. Accordingly, the case must be remitted to the Appellate Division to allow that court to exercise its broader review power.
 

 Chief Judge Kaye and Judges Smith, Levine, Ciparick, Wesley, Rosenblatt and Graffeo concur in memorandum.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order reversed, etc.